UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JUN 3 2022
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID PAUL RITTER<br><br>Defendant. | Criminal No. 1:22cr40<br><br>Violations: 18 U.S.C. § 656<br>26 U.S.C. § 7206(1) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE
(Bank Theft)

From between on or about July 13, 2020, through at least on or about February 24, 2021, in the Northern District of West Virginia, the defendant **DAVID PAUL RITTER**, who was then an employee of Summit Community Bank, a financial institution with deposits insured by the Federal Deposit Insurance Corporation, with intent to injure and defraud, knowingly and willfully embezzled, abstracted, purloined and misapplied an amount greater than $1,000.00 of the funds owned by and entrusted to the custody and care of Summit Community Bank, in violation of 18 United States Code, Section 656.

1

## COUNT TWO
(False Tax Return)

On or about February 25, 2021, within the Northern District of West Virginia, the defendant **DAVID PAUL RITTER** willfully filed and caused to be filed with the Internal Revenue Service a false Form 1040 U.S. Individual Income Tax Return for tax year 2020, which was verified by a written declaration that it was made under the penalties of perjury and which the defendant **DAVID PAUL RITTER** did not believe to be true and correct as to every material matter. That tax return reported taxable income on line 9 (total income) in the amount of $28,820.00 and reported amount of total tax on line 24 (total tax) in the amount of $1,682.00, when, in fact, as the defendant **DAVID PAUL RITTER** knew, his taxable income for the calendar year 2020 was greater than the amount reported on the tax return, and as a result of such additional taxable income, there was additional tax due and owing to the United States of America.

In violation of Title 26, United States Code, Section 7206(1).

## FORFEITURE ALLEGATION

Pursuant to Title 18, United States Code, Section 982(a)(2)(A), the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of a violation of Title 18, United States Code, Section 656, or a conspiracy to violate such offense, and a money judgment in the amount of at least $97,765.30.

2. Pursuant to by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c), the government will seek forfeiture of substitute property up to the value of property subject to direct forfeiture that is not available for forfeiture on account of any act or omission contemplated by Title 21, United States Code, Section 853(p)(1).


*[signature]*
WILLIAM IHLENFELD
United States Attorney

Sarah E. Wagner
Assistant United States Attorney